**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 21-2084**

_____

ANTHONY G. BRYANT,

    Plaintiff - Appellant,

  v.

STATE FARM INSURANCE COMPANIES,

    Defendant - Appellee.

_____

Appeal from the United States District Court for the District of South Carolina, at Charleston.  Margaret B. Seymour, Senior District Judge.  (2:21-cv-02956-MBS-MGB)

_____

Submitted:  November 18, 2021      Decided:  November 19, 2021

_____

Before MOTZ, THACKER, and HARRIS, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Anthony G. Bryant, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Anthony G. Bryant seeks to appeal a civil action currently pending in the district court. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291, and certain interlocutory and collateral orders, 28 U.S.C. § 1292; Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949). Bryant does not seek to appeal a final order or an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*